UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVERKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> BESTWAY CARTING. INC., and CITY RECYCLING CORP., <br><br> Defendants. | Case No. 1:18-cv-06555 <br><br> **MOTION FOR ENTRY OF CONSENT DECREE** |

**MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff moves with the consent of all parties for the Court to enter the attached Consent Decree.

On June 14, 2019, Plaintiff notified the Court that the Parties had agreed to settle the case. The Parties lodged a signed proposed consent decree with the Court at that time and asked the Court to stay all proceedings pending the conclusion of a required forty-five (45) day review period mandated by the Clean Water Act and its regulations, to allow the United States to review the proposed settlement agreement. 33 U.S.C. § 1365(c)(3); 40 C.F.R. § 135.5(b). *See* Dkt. No. 20. For the Court's convenience, a copy of the Proposed Consent Decree was also submitted. Counsel for Plaintiff provided copies of the Proposed Consent Decree to the United States. On August 15, 2019 the United States Department of Justice filed a letter notifying the Court that "the United States has reviewed the proposed consent decree in this citizen suit brought under the Clean Water Act … and does not object to its entry by the Court." Dkt. No. 22 at 1.

Because the United States has approved the settlement, Plaintiff moves with the consent of all parties for the Court to enter the attached Consent Decree by signing on page 12.

1

Dated: August 19, 2019 Respectfully submitted,

                                           SUPER LAW GROUP, LLC

                                           By: /s/ *Michael DiGiulio*
                                           Michael DiGiulio

                                           Attorney for Plaintiff